# IN.gov — Indiana Secretary of State 

*Name Searched On:*
**CIRCLE CENTRE (Former)**

## Current Information

*Entity Legal Name:*
**CIRCLE SIMON DEVELOPERS LIMITED PARTNERSHIP**

*Entity Address:*
115 West Washington Street, Merchants Plaza Suite #1500E P.O. 7033, INDIANAPOLIS, IN 46204

**General Entity Information:**

Control Number: **LP89110021**
Status: **Cancelled**
Entity Type: **Domestic Limited Partnership (LP)**

Entity Creation Date: **11/9/1989**
Entity Date to Expire: **12/31/2088**
Entity Inactive Date: **5/2/1994**

**Other Names for this Entity:**

| Date | Name (Type) |
| --- | --- |
| 9/24/1991 | CIRCLE CENTRE DEVELOPMENT COMPANY LIMITED PARTNERSHIP  (Former) |

**Additional Services Available:**
This Business Entity is not eligible to receive a Certificate of Existence/Authorization.

| | |
| --- | --- |
| GO | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** |
| GO | **Generate Copies of Business Entity Documents.** |
| GO | **Request Information Printouts or Certificates.** There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule  View turn around time |
| GO | **File Supplemental Filings.** Select this option to determine what filings are available online for this entity. |

NEW SEARCH

If you encounter technical difficulties while using these services, please contact the *IN.gov* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Connie Lawson's Business Services Division at 317-232-6576.



# Indiana Secretary of State

*Name Searched On:*
**CIRCLE CENTRE (Former)**

## Current Information

*Entity Legal Name:*
**CIRCLE SIMON DEVELOPERS LIMITED PARTNERSHIP**

*Entity Address:*
115 West Washington Street, Merchants Plaza Suite #1500E P.O. 7033, INDIANAPOLIS, IN 46204

### General Entity Information:

Control Number: **LP89110021**
Status: **Cancelled**
Entity Type: **Domestic Limited Partnership (LP)**

Entity Creation Date: **11/9/1989**
Entity Date to Expire: **12/31/2088**
Entity Inactive Date: **5/2/1994**

**There are no other names on file for this Entity.**

*Registered Agent*(name, address, *city*, *state*, zip):
**Lawrence Greenwald**
**115 W. Washington Street Merchants Plaza Suite #1500 P.O. #7033**
**INDIANAPOLIS , IN  46207**

*Principals*(name, address, *city*, *state*, zip - when provided)
**Circle Centre Development Corporatin an Indiana Corporation**
**General Partner**
**115 W. Washington St. Suite #1500 Merchants Plaza P.O. Box #7033**
**INDIANAPOLIS , IN  46207**

*Transactions:*

| Date Filed | Effective Date | Type |
| --- | --- | --- |
| 11/09/1989 | 11/09/1989 | Certificate of Limited Partnership |
| 09/24/1991 | 09/24/1991 | Certificate of Amendment of Limited Partnership |
| 05/02/1994 | 05/02/1994 | Certificate of Cancellation |

**Corporate Reports:**
**Years Paid**
N/A

**Years Due**
None

**Additional Services Available:**

**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

NEW SEARCH

*All the entity information captured by the Indiana Secretary of State, pursuant to law, is displayed on the Internet. For further information, please call our office at 317-232-6576. Copies of actual corporate documents can also be downloaded online.*

If you encounter technical difficulties while using these services, please contact the *IN.gov* Webmaster.

If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Connie Lawson's Business Services Division at 317-232-6576.

« Back to the SOS Web site